■ BRONXWOOD HOME FOR THE AGED, INC., Respondent, v CITY OF NEW YORK et al., Defendants, and HAKS ENGINEERS ARCHITECTS AND LAND SURVEYORS P.C., Appellant. [41 NYS3d 694]—An appeal having been taken to this Court by the above-named appellant from an order of the Supreme Court, Bronx County (Norma Ruiz, J.), entered on or about July 5, 2016, and

said appeal having been withdrawn before argument by counsel for the respective parties; and upon the stipulation of the parties hereto dated November 1, 2016, it is unanimously ordered that said appeal be and the same is hereby withdrawn in accordance with the terms of the aforesaid stipulation. Concur—Mazzarelli, J.P., Renwick, Richter, Manzanet-Daniels and Feinman, JJ. ■